■ ROBERT JEFFERDS, Respondent, v HAROLD W. ELLIS, Appellant.—Order unanimously reversed, on the law, without costs, and motion denied. Memorandum: Special Term erred in determining sua sponte the constitutionality of Uniform Commercial Code §§ 9-503, 9-504 without complying with the mandates of CPLR 1012 (b), which requires a court in such instances to notify the Attorney-General to give him an opportunity to be heard in support of said statute's constitutional-

ity. Special Term's failure to do so precludes this court from passing on this issue *(Matter of Jerry v Board of Educ.,* 44 AD2d 198, 203, *mod on other grounds* 35 NY2d 534). (Appeal from order of Supreme Court, Cattaraugus County, Horey, J. —replevin.) Present—Dillon, P. J., Boomer, Green, Pine and Lawton, JJ. *[See,* 127 Misc 2d 477.]